# EXHIBIT A

# United States Patent Office

**767,865**
Registered Apr. 7, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 174,954, filed Aug. 13, 1963

## GILLETTE

The Gillette Company (Delaware corporation)
Gillette Park
Boston 6, Mass.

For: SAFETY RAZORS AND SAFETY RAZOR
BLADES, in CLASS 23.
First use fall of 1903; in commerce fall of 1903.
Owner of Reg. Nos. 56,921, and 70,856.

# EXHIBIT B

Int. Cl.: 8

Prior U.S. Cls.: 23, 28, and 44

**United States Patent and Trademark Office**

Reg. No. 3,099,224

Registered May 30, 2006

## TRADEMARK
## PRINCIPAL REGISTER

# FUSION

THE GILLETTE COMPANY (DELAWARE COR-
PORATION)
40TH FLOOR
PRUDENTIAL TOWER BUILDING
BOSTON, MA 02199

　　FOR: RAZORS AND RAZOR BLADES; DISPEN-
SERS, CASSETTES, HOLDERS AND CARTRIDGES
ALL CONTAINING BLADES; AND STRUCTURAL
PARTS THEREFOR, IN CLASS 8 (U.S. CLS. 23, 28
AND 44).

FIRST USE 2-3-2006; IN COMMERCE 2-3-2006.

　　THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

　　SN 78-471,620, FILED 8-23-2004.

SANI KHOURI, EXAMINING ATTORNEY

# EXHIBIT C

US00D531518S

(12) **United States Design Patent**   (10) **Patent No.:**   **US D531,518 S**

Ramm et al.   (45) **Date of Patent:**   ** **Nov. 7, 2006**

(54) **DISPENSER FOR RAZOR CARTRIDGE**

(75) Inventors: **Christopher Ramm**, North Attleboro, MA (US); **Michael J. Gray**, Duxbury, MA (US)

(73) Assignee: **The Gillette Company**, Boston, MA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/224,098**

(22) Filed: **Feb. 24, 2005**

(51) **LOC (8) Cl.** ................................................ **09-03**

(52) **U.S. Cl.** ................................................ **D9/749**

(58) **Field of Classification Search** ................. D9/730, D9/748, 735–737, 749, 424, 432, 425; 206/208, 206/228, 352, 354, 360, 564, 557; 30/40, 30/38, 536, 537, 541, 526, 47; 220/669, 675, 220/555, 556

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D73,954 | S | * | 11/1927 | Baker | D9/749 |
| D227,234 | S | * | 6/1973 | Glaberson | D9/749 |
| D231,198 | S | * | 4/1974 | Casselli et al. | D9/736 |
| D233,598 | S | * | 11/1974 | Glaberson | D9/735 |
| 3,854,201 | A | * | 12/1974 | Dawidowicz et al. | 30/40.2 |
| 3,880,284 | A | * | 4/1975 | Pomfret | 206/354 |
| D241,122 | S | * | 8/1976 | Gatley | D9/749 |
| 4,016,648 | A | * | 4/1977 | Chen et al. | 30/47 |
| D256,997 | S | * | 9/1980 | Motta | D9/736 |
| D256,998 | S | * | 9/1980 | Motta | D9/736 |
| D312,568 | S | * | 12/1990 | Gray | D9/736 |
| D358,761 | S | * | 5/1995 | Ho | D9/736 |
| D366,611 | S | * | 1/1996 | Poisson | D9/736 |
| 5,518,114 | A | * | 5/1996 | Kohring et al. | 206/352 |
| D397,290 | S | * | 8/1998 | Petricca et al. | D9/736 |
| D398,522 | S | * | 9/1998 | Petricca et al. | D9/736 |
| D398,523 | S | * | 9/1998 | Petricca et al. | D9/749 |
| D430,013 | S | * | 8/2000 | Shurtleff et al. | D9/749 |
| 6,237,232 | B1 | * | 5/2001 | Petricca et al. | 30/526 |
| 2002/0184770 | A1 | * | 12/2002 | Peyser | 30/50 |

* cited by examiner

*Primary Examiner*—Stella Reid
*Assistant Examiner*—Mark Goodwin
(74) *Attorney, Agent, or Firm*—David A. Howley

(57) **CLAIM**

The ornamental design for a dispenser for razor cartridge, as shown.

**DESCRIPTION**

FIG. **1** is a top perspective view of a dispenser for razor cartridge showing my new design;
FIG. **2** is a top plan view thereof;
FIG. **3** is a left side elevational view, the right side elevational view being a mirror image thereof;
FIG. **4** is a bottom plan view thereof;
FIG. **5** is a front view thereof; and,
FIG. **6** is a rear view thereof.

**1 Claim, 5 Drawing Sheets**



Case 1:17-cv-02236-RRM-PK   Document 1-1   Filed 04/13/17   Page 7 of 32 PageID #: 24



*FIG. 1*

Case 1:17-cv-02236-RRM-PK   Document 1-1   Filed 04/13/17   Page 8 of 32 PageID #: 25

# FIG. 2



# FIG. 3



Case 1:17-cv-02236-RRM-PK   Document 1-1   Filed 04/13/17   Page 10 of 32 PageID #: 27

# *FIG. 4*



*FIG. 5*



*FIG. 6*



# EXHIBIT D

Case 1:17-cv-02236-RRM-PK   Document 1   Filed 04/13/17   Page 13 of 32 PageID #: 30

US00D604904S

(12) **United States Design Patent**     (10) **Patent No.:**     **US D604,904 S**

Watson     (45) **Date of Patent:**     ** **Nov. 24, 2009**

(54) **RAZOR CARTRIDGE**

(75) Inventor: **Brian Patrick Watson**, Albion, RI (US)

(73) Assignee: **The Gillette Company**, Boston, MA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/325,197**

(22) Filed: **Sep. 26, 2008**

(51) **LOC (9) Cl.** .................................................. **28-03**
(52) **U.S. Cl.** ....................................................... **D28/47**
(58) **Field of Classification Search** .................... 30/32, 30/34.05, 34.1, 34.2, 41–41.8, 44–45, 47–51, 30/53–58, 526–533, 537, 77–83, 538; D28/44.1–48
See application file for complete search history.

(56)             **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,056,222 | A | * | 10/1991 | Miller et al. | 30/77 |
| 5,313,705 | A | * | 5/1994 | Rivers et al. | 30/50 |
| 5,456,009 | A | * | 10/1995 | Wexler | 30/77 |
| D516,243 | S | * | 2/2006 | Nakasuka | D28/47 |
| D526,089 | S | * | 8/2006 | Fischer et al. | D28/47 |
| 7,200,942 | B2 | * | 4/2007 | Richard | 30/526 |
| D566,897 | S | * | 4/2008 | Lee | D28/46 |
| D588,744 | S | * | 3/2009 | Fischer et al. | D28/47 |

| | | | | | |
|---|---|---|---|---|---|
| 2003/0217470 | A1 | * | 11/2003 | Follo et al. | 30/81 |
| 2004/0231161 | A1 | * | 11/2004 | Coffin et al. | 30/50 |

* cited by examiner

*Primary Examiner*—Jennifer Rivard
(74) *Attorney, Agent, or Firm*—Kevin C. Johnson; Steven W. Miller

(57)               **CLAIM**

The ornamental design for a razor cartridge, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view as seen from the bottom, rear and right side of a razor cartridge showing my new design;

FIG. **2** is a bottom plan view thereof;

FIG. **3** is a perspective view thereof as seen from the top, rear and right side;

FIG. **4** is a perspective view thereof as seen from the top, front and left side;

FIG. **5** is a left side elevational view thereof, the right side elevation being a mirror image thereof;

FIG. **6** is a rear elevational view thereof; and,

FIG. **7** is a front elevational view thereof.

**1 Claim, 3 Drawing Sheets**





Fig. 1



Fig. 2

Case 1:17-cv-02236-RRM-PK   Document 1-1   Filed 04/13/17   Page 15 of 32 PageID #: 32



Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : Des. 604,904 S                                     Page 1 of  1
APPLICATION NO.  : 29/325197
DATED                    : November 24, 2009
INVENTOR(S)        : Brian Patrick Watson

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Cover Page
Under the description of figures insert --Fig. 8 is a top plan view thereof--.

Signed and Sealed this

Fifth Day of January, 2010

David J. Kappos
*Director of the United States Patent and Trademark Office*

# EXHIBIT E



# EXHIBIT F

Pennywise.biz - Daily Deals, Deal of the Day, 1 Day Sale                                      Page 1 of 3



## Gillette Fusion ProGlide Manual Men's Razor Blade Refill Cartridges - 12 Ct

Brand New - Bulk Packaged



| YOU PAY | DISCOUNT | MSRP |
|---------|----------|------|
| **$26.99** | 45.99% | ~~$49.97~~ |

Quantity                1 ▾

**BUY NOW**                         BEST PRICE ON THE WEB

• Condition - new

Product Description :

Gillette Fusion ProGlide Razor Cartridges feature Gillette's best razor blades and are 2X preferred when used with the Fusion ProGlide Razor with FlexBall Handle Technology (not included). Gillette Fusion ProGlide Razor Cartridges feature a precision beard trimmer for accurate edging. Gillette Fusion ProGlide Cartridges are Gillette's #1 on sensitive skin. Reengineered Low Cutting Force razor blades feature thinner, finer edges (first four blades vs. Fusion) with advanced low-resistance coating to cut effortlessly through hair with less tug and pull than Fusion. A Blade Stabilizer maintains optimal razor blade spacing for comfort, while allowing the razor's blades to respond to the contours of a man's face. Plus, the Streamlined Comfort Guard channels excess shaving cream to produce optimal blade contact,



OVERVIEW | SPECIFICATIONS | PRICE COMPARE

NEXT PRODUCT APPEARS IN :                    SHARE WITH FRIENDS

⏰ 6 : 33 : 13                               

# EXHIBIT G



Hi! Sign in    Sell    My eBay

ebay    Search...    All Categories

shnoopcom (43221 )
100% positive feedback

Items for sale    Visit store    Contact

Based in United States, shnoopcom has been an eBay member since Sep 08, 2006

Follow

**Feedback ratings**                                                                See all feedback

8,728    Item as described        10,551    19    0        nice watch
9,326    Communication            Positive  Neutral  Negative   Jan 25, 2017
9,609    Shipping time
9,603    Shipping charges         Feedback from the last 12 months

938 Followers | 0 Collections | 0 Guides | 0 Reviews | 19,502 Views | Member since: **Sep 08, 2006** | United States

## Items for sale(352)







i-Cool for Meno...    4 Pk: Caro Whit...    NEW 3 Pack Lanc...    L'Oreal Profess...    3 Pk Kerasal To...
US $9.99    16d left    US $59.96    2d left    US $4.00    1d left    US $9.99    4d left    US $34.99

## Following

**Members**


refurbforless
0 collections . 6,908 followers

## Followers (938)



About eBay    Announcements    Community    Security Center    Resolution Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

# EXHIBIT H



Case 1:17-cv-02236-RRM-PK     Document 1-1     Filed 04/13/17     Page 26 of 32 PageID #: 43



# EXHIBIT I





**DINSMORE & SHOHL** LLP
255 East Fifth Street ^ Suite 1900
Cincinnati, OH 45202
www.dinsmore.com

Karen K. Gaunt
(513) 977-8503 (direct) ^ (513) 977-8141 (fax)
karen.gaunt@dinsmore.com

January 20, 2017

**Via FedEx**
**and Email (paypal@shnoop.com)**
Mr. Menachem Grossman
Schnoop.com
1408 60th Street
Brooklyn, NY 11219

Re:     **Stolen Gillette Fusion ProGlide Razor Blades Offered for Sale by Schnoop.com on eBay, Pennywise and Schnoop.com Websites**

Dear Mr. Grossman:

This firm is counsel to The Gillette Company ("Gillette") and The Procter & Gamble Company ("P&G") in each company's trademark, intellectual property and brand enforcement matters. As you likely know, Gillette and P&G own numerous trademarks, copyrights, patents, trade secrets, logos and proprietary designs used in connection with each company's products.

As legal counsel to Gillette, I write in reference to your online activities at, but not limited to, the following sites:

1.      http://www.ebay.com/itm/Gillette-Fusion-ProGlide-Manual-Mens-Razor-Blade-Refill-Cartridges-8-Ct-BULK-/172463482519?_trkparms=5373%3A0%7C5374%3AFeatured
2.      https://www.shnoop.com/home/5447-gillette-fusion-proglide-manual-men-s-razor-blade-refill-cartridges-16-ct.html
3.      https://www.pennywise.biz/home/5447-gillette-fusion-proglide-manual-men-s-razor-blade-refill-cartridges-16-ct.html

More specifically, these are sites where Schnoop.com is selling Gillette Fusion ProGlide razor cartridges. After purchase and inspection of these products sold by Schnoop.com, Gillette has determined that the Gillette products Schnoop.com is selling are stolen goods.

I have enclosed screenshots of the offers in question as shown on eBay, Schnoop, and Pennywise. Please see Exhibit A.

Gillette was able to track these specific units as stolen property. We hope that it is your company's policy not to provide stolen products to consumers. To that end, we hereby demand that Schnoop.com take the following steps immediately:

January 20, 2017
Page 2

1.      Cease and desist from all further sales or offers for sale of the products in question on all websites and in any and all other venues.

2.      Provide to me all supplier information concerning these stolen razor cartridges, including, but not limited to, the names, addresses, contact information, websites, and other information concerning the party from whom Schnoop.com obtained these products.

3.      Provide all invoices, purchase orders, shipping documents, and all other documentation in your possession concerning these goods.

4.      Inform us as to remaining inventory and ship all remaining units to the following address:

> Roxanne Murphy
> Gillette/P&G
> One Gillette Park
> Boston, Massachusetts 02117

5.      Keep all documents and records:  do not destroy any evidence.

6.      Finally, please also notify the undersigned of any and all other websites and/or sales venues where Schnoop.com has sold or is selling these goods, and provide the undersigned with full information concerning the total number of units of those goods which your company previously obtained.

Please note that it is imperative that you do not "tip off" your source for these stolen goods, thereby hindering Gillette's investigation and leaving Schnoop.com as the only identifiable party responsible for this criminal activity.  Finally, all offers for sale of these stolen goods must be taken down immediately.  The penalties for trafficking in stolen goods can be quite severe.  Having been put on notice of the criminal nature of these goods, I trust that Schnoop.com will cooperate fully with Gillette in this matter.

This letter does not and is not intended to provide an exhaustive description of the rights and remedies available to Gillette, all of which are hereby expressly reserved as to Schnoop.com or any other party.  Please respond to this letter by January 27, 2017, or we will be forced to consider other options for recourse, which may include legal action.

Very truly yours,

Karen K. Gaunt

KKG:rgb
Enclosures
cc:      The Gillette Company

10935832v1

## Exhibit A



FREE SHIPPING

SIGN IN  SIGN UP

LATEST PRODUCTS   HOME PRODUCTS   WATCHES   CLOTHING   HEALTH & BEAUTY   SUNGLASSES   ELECTRONICS   WOMEN   MEN   CONTACT

# Gillette Fusion ProGlide Manual Men's Razor Blade Refill Cartridges - 16 Ct

Brand New - Bulk Packaged



| YOU PAY | DISCOUNT | MSRP |
|---------|----------|------|
| **$34.99** | 56.25% | $79.98 |

Quantity     1

**BUY NOW**

BEST PRICE ON THE WEB

- Condition - new

Product Description :

Gillette Fusion ProGlide Razor Cartridges feature Gillette's best razor blades and are 2X preferred when used with the Fusion ProGlide Razor with FlexBall Handle Technology (not included). Gillette Fusion ProGlide Razor Cartridges feature a precision beard trimmer for accurate edging. Gillette Fusion ProGlide Cartridges are Gillette's #1 on sensitive skin. Reengineered Low Cutting Force razor blades feature thinner, finer edges (first four blades vs. Fusion) with advanced low-resistance coating to cut effortlessly through hair with less tug and pull than Fusion. A Blade Stabilizer maintains optimal razor blade spacing for comfort, while allowing the razor's blades to respond to the contours of a man's face. Plus, the Streamlined Comfort Guard channels excess shaving produce optimal blade contact, stretching the skin for a close, comfortable d the razor's Enhanced Lubrastrip is infused with mineral oil and lubricating polymers that allow the Gillette Fusion ProGlide to move smoothly over skin, even on repeat strokes.

OVERVIEW   SPECIFICATIONS   PRICE COMPARE





LATEST PRODUCTS   HOME PRODUCTS   WATCHES   CLOTHING   HEALTH & BEAUTY   SUNGLASSES   ELECTRONICS   WOMEN   MEN   CONTACT US

# Gillette Fusion ProGlide Manual Men's Razor Blade Refill Cartridges - 16 Ct

Brand New - Bulk Packaged





| YOU PAY | DISCOUNT | MSRP |
|---|---|---|
| **$34.99** | 56.25% | $79.98 |

Quantity    1

**BUY NOW**

BEST PRICE ON THE WEB

- Condition - new

Product Description :

Gillette Fusion ProGlide Razor Cartridges feature Gillette's best razor blades and are 2X preferred when used with the Fusion ProGlide Razor with FlexBall Handle Technology (not included). Gillette Fusion ProGlide Razor Cartridges feature a precision beard trimmer for accurate edging. Gillette Fusion ProGlide Cartridges are Gillette's #1 on sensitive skin. Reengineered Low Cutting Force razor blades feature thinner, finer edges (first four blades vs. Fusion) with advanced low-resistance coating to cut effortlessly through hair with less tug and pull than Fusion. A Blade Stabilizer maintains optimal razor blade spacing for comfort, while allowing the razor's blades to respond to the contours of a man's face. Plus, the Streamlined Comfort Guard channels excess shaving cream to produce optimal blade contact,

OVERVIEW   SPECIFICATIONS   PRICE COMPARE